UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23026-CIV   COOKE/WHITE

JOHN W. MANN, *pro se*,

    *Petitioner*,

v.

SECRETARY WALTER A. McNEIL,
Florida Department of Corrections,

    *Respondent*.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on the Petition for Writ of Habeas Corpus [D.E. 1]. On October 15, 2009, Judge White issued a Report [D.E. 4], recommending that the Petition be denied. Petitioner filed his objections to Judge White's Report on October 26, 2009. Petitioner also moved for an extension of time to file a certificate of appealability, and requested an application for certificate of appealability from this Court [D.E. 5-7]. Construing Petitioner's pleadings liberally, as I must, I take Petitioner's motion for extension and request for application to be a request for an application for leave to file a second or successive habeas corpus petition - a standard Eleventh Circuit Court of Appeals form. As Judge White noted in his Report, if Petitioner wishes to pursue this case he must apply to the United States Eleventh Circuit Court of Appeals for leave to file a second or successive habeas corpus petition, pursuant to 29 U.S.C § 2244(b).

I have considered Judge White's Report and Recommendations, as well as Petitioner's

objections, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation cogent. Accordingly, it is **ORDERED and ADJUDGED** that:

1. Judge White's Report and Recommendation [D.E. 4] is **AFFIRMED and ADOPTED**. The Petition for Writ of Habeas Corpus [D.E. 1] is **DISMISSED**.

2. Petitioner's request for an application for leave to file a second or successive habeas corpus petition [D.E. 7] is **GRANTED**. The application is attached to this order as Attachment "A."

3. Petitioner's Motion to proceed *in forma pauperis* [D.E. 2] is **DENIED as moot**.

**DONE and ORDERED** in Chambers at Miami, Florida this 5th day of November 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Hon. Patrick A. White*

John W. Mann, *pro se*
M07271 / F2121
Glades Correctional Institution
500 Orange Ave. Circle
Belle Glade, FL 33430

*Counsel of record*

# UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT

APPLICATION FOR LEAVE TO FILE A SECOND OR
SUCCESSIVE HABEAS CORPUS PETITION
28 U.S.C. § 2244(b)
BY A PRISONER IN STATE CUSTODY

Name _____  Prisoner Number _____

Institution _____

Street Address _____

City _____  State _____  Zip Code _____

### INSTRUCTIONS--READ CAREFULLY

(1) This application must be legibly handwritten or typewritten and signed by the applicant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

(2) All questions must be answered concisely in the proper space on the form.

(3) The Judicial Conference of the United States has adopted the 8½ x 11 inch paper size for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(4) All applicants seeking leave to file a second or successive petition are required to use this form, except in capital cases. In capital cases only, the use of this form is optional.

(5) Additional pages are not permitted except with respect to additional grounds for relief and facts which you rely upon to support those grounds. DO NOT SUBMIT SEPARATE PETITIONS, MOTIONS, BRIEFS, ARGUMENTS, ETC., EXCEPT IN CAPITAL CASES.

Attachment "A"

(6) In accordance with the "Antiterrorism and Effective Death Penalty Act of 1996," as codified at 28 U.S.C. § 2244(b), effective April 24, 1996, before leave to file a second or successive petition can be granted by the United States Court of Appeals, <u>it is the applicant's burden</u> to make a <u>prima facie</u> showing that he satisfies either of the two conditions stated below and in 28 U.S.C. § 2244(b).

> (b)(1) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was presented in a prior application shall be dismissed.
>
> (2) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was not presented in a prior application shall be dismissed unless—
>
>> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>>
>> (B)(I) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
>>
>> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

(7) When this application is fully completed, the original and three copies must be mailed to:

> **Clerk of Court**
> **United States Court of Appeals for the Eleventh Circuit**
> **56 Forsyth Street, N.W.**
> **Atlanta, Georgia 30303**

*28 U.S.C. § 2244(b) Application*        Page 2        *Revised: 1/02/01*

# APPLICATION

1.   (a)   Name and location of court which entered the judgment of conviction under attack _____

     (b)   Case number _____

2. Date of judgment of conviction _____

3. Length of sentence _____ Sentencing Judge _____

4. Nature of offense or offenses for which you were convicted: _____
   _____
   _____

5. Have you ever filed a post-conviction petition, application, or motion for collateral relief in any federal court related to this conviction and sentence?
       Yes ( )   No ( )   If "yes", how many times? _____ (if more than one, complete 6 and 7 below as necessary)
   (a) Name of court _____
   (b) Case number _____
   (c) Nature of proceeding _____
   _____

   (d) Grounds raised (list all grounds; use extra pages if necessary) _____
   _____
   _____
   _____
   _____
   _____

   (e) Did you receive an evidentiary hearing on your petition, application, or motion?
       Yes ( )   No ( )
   (f) Result _____

   (g) Date of result _____

6. As to any second federal petition, application, or motion, give the same information:
   (a) Name of court _____
   (b) Case number _____

    (c) Nature of proceeding _____

    (d) Grounds raised (list <u>all</u> grounds; use extra pages if necessary) _____

    (e) Did you receive an evidentiary hearing on your petition, application, or motion?
        Yes ( )   No ( )
    (f) Result _____

    (g) Date of result _____

7. As to any third federal petition, application, or motion, give the same information:
   (a) Name of court _____
   (b) Case number _____
   (c) Nature of proceeding _____

   (d) Grounds raised (list <u>all</u> grounds; use extra pages if necessary) _____

   (e) Did you receive an evidentiary hearing on your petition, application, or motion?
      Yes ( )   No ( )
   (f) Result _____

   (g) Date of result _____

8. Did you appeal the result of any action taken on your federal petition, application, or motion? (Use extra pages to reflect additional petitions if necessary)
    (1) First petition, etc.    No ( )   Yes ( ) Appeal No. _____
    (2) Second petition etc.   No ( )   Yes ( ) Appeal No. _____
    (3) Third petition, etc.   No ( )   Yes ( ) Appeal No. _____

9. If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

*28 U.S.C. § 2244(b) Application*        Page 4        *Revised: 1/02/01*

10. State <u>concisely</u> every ground on which you <u>now</u> claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    A. Ground one: _____

        Supporting FACTS (tell your story briefly without citing cases or law):

_____
_____
_____
_____
_____

        Was this claim raised in a prior federal petition, application, or motion?
           Yes ( )   No ( )

        Does this claim rely on a "new rule of law?"   Yes ( )   No ( )
        If "yes," state the new rule of law (give case name and citation):
_____
_____

        Does this claim rely on "newly discovered evidence?"   Yes ( )   No ( )
        If "yes," briefly state the newly discovered evidence, and why it was not previously available to you _____

_____
_____
_____
_____
_____

    B. Ground two: _____

Supporting FACTS (tell your story briefly without citing cases or law):

_____
_____
_____
_____
_____
_____
_____

Was this claim raised in a prior federal petition, application, or motion?
    Yes ( )   No ( )

Does this claim rely on a "new rule of law?"   Yes ( )   No ( )
If "yes," state the new rule of law (give case name and citation):_____
_____
_____

Does this claim rely on "newly discovered evidence?"   Yes ( )   No ( )
If "yes," briefly state the newly discovered evidence, and why it was not previously available to you _____
_____
_____
_____
_____
_____
_____
_____

**[Additional grounds may be asserted on extra pages if necessary]**

11.   Do you have any motion or appeal now pending in any court as to the judgment now under attack?   Yes ( )   No ( )
      If yes, name of court _____ Case number _____

Wherefore, applicant prays that the United States Court of Appeals for the Eleventh Circuit grant an Order Authorizing the District Court to Consider Applicant's Second or Successive Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.

_____
Applicant's Signature

I declare under Penalty of Perjury that my answers to all the questions in this Application are true and correct.

Executed on _____
                [date]

_____
Applicant's Signature

**PROOF OF SERVICE**

Applicant must send a copy of this application and all attachments to the attorney general of the state in which applicant was convicted.

I certify that on _____, I mailed a copy of this Application* and all
                         [date]
attachments to _____

at the following address:
_____
_____

_____
Applicant's Signature

---

\* Pursuant to Fed.R.App.P. 25(a), "Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filing. Timely filing of papers by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."